## AFFIDAVIT OF SERVICE

**State of New York**　　　　　　**County of Eastern**　　　　**United States District Court**

Index Number: 1:19-CV-01475-MKB-VMS
Date Filed: 3/15/2019

Plaintiff:
**Massachusetts Mutual Life Insurance Company**

vs.

Defendant:
**Samuel Brezel, Rachel Brezel, and Seerojini Ramjit**

For:
Fishkin Lucks
One Riverfront Plaza
Suite 410
Newark, NJ 07102

Received by Nicoletti & Harris to be served on **Seerojini Ramjit, 2212 Cortelyou Road, Brooklyn, NY 11226**.

I, Alex Colon, being duly sworn, depose and say that on the **22nd day of March, 2019** at **9:59 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case with Complaint and Civil Cover Sheet and Corporate Disclosure Statement** with the date and hour of service endorsed thereon by me, to: **Seerojini Ramjit** at the address of: **2212 Cortelyou Road, Brooklyn, NY 11226**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: East Indian, Height: 5'8", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 22nd
day of March, 2019 by the affiant who is personally
known to me.

NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC - STATE OF NEW YORK
No. 01BR5084504
Qualified In Westchester County
My Commission Expires September 02, 20

**Alex Colon**
2066997

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2019003347

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

