## AFFIDAVIT OF SERVICE

**State of New York**               **County of Eastern**               **United States District Court**

Index Number: 1:19-CV-01475-MKB-VMS
Date Filed: 3/15/2019

Plaintiff:
**Massachusetts Mutual Life Insurance Company**

vs.

Defendant:
**Samuel Brezel, Rachel Brezel, and Seerojini Ramjit**

For:
Fishkin Lucks
One Riverfront Plaza
Suite 410
Newark, NJ 07102

Received by Nicoletti & Harris to be served on **Rachel Brezel, 3919 Bedford Avenue, Brooklyn, NY 11229**.

I, Alex Colon, being duly sworn, depose and say that on the **22nd day of March, 2019** at **10:22 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Case with Complaint and Civil Cover Sheet and Corporate Disclosure Statement** with **Mr Brezel** at **3919 Bedford Avenue, Brooklyn, NY 11229**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Case with Complaint and Civil Cover Sheet and Corporate Disclosure Statement** in a postpaid envelope addressed to: **3919 Bedford Avenue, Brooklyn, NY 11229** and bearing the words "Personal & Confidential" by First Class Mail on **3/22/2019** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
Suitable Age and Discretion

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Dark Brown, Glasses: N



## AFFIDAVIT OF SERVICE For 1:19-CV-01475-MKB-VMS

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 22nd day of March, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC - STATE OF NEW YORK
No. 01BR5084504
Qualified In Westchester County
My Commission Expires September 02, 20__

**Alex Colon**
2066997

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2019003348

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n