

June 14, 2019

*By ECF*

Hon. Vera M. Scanlon
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Massachusetts Mutual Life Insurance Company v. Brezel et al
             Case No.: 1:19-cv-01475-MKB-VMS

Dear Judge Scanlon:

    This firm represents defendant Rachel Brezel in the above referenced action.

    On June 12, 2019, an order was entered by Your Honor setting forth that if all parties are not available for the in-person Initial Conference scheduled for June 19, 2019, a letter must be sent indicating three dates on which all parties are available.

    The parties have conferred, and are all available on June 27, 2019 (pm), July 25, 2019 (pm), and July 30, 2019.

    Thank you.

                                    Respectfully submitted,

                                    /s/ Samuel Karpel

                                    Zilberberg Einhorn Karpel, P.C.
                                    By: Samuel Karpel

Enclosure
cc:    All counsel (by ECF)



Page 2 of 2