| | NEIMAN & MAIRANZ P.C. | |
|---|---|---|
| MARVIN NEIMAN ★<br>THEODORE T. MAIRANZ ★<br><br>★MEMBER N.Y. AND N.J. BARS<br><br>HEALTH CARE DIVISION<br>ISAAC ZOLDAN, CPA°<br>MARK KERN, CPA°<br>°NON-ATTORNEY STAFF | ATTORNEYS AT LAW<br>39 BROADWAY<br>25ᵀᴴ FLOOR<br>NEW YORK, N.Y. 10006-3003<br><br>(212) 269-1000<br>FAX: (212) 635-9302·<br>www.ngmpc.com | 1616 49ᵀᴴ STREET<br>BROOKLYN, N.Y. 11204<br>(718) 851-9000<br><br>520 WESTFIELD AVENUE<br>ELIZABETH, N.J. 07208<br>(908) 436-1666·<br>FAX: (908) 436-2766·<br><br>·NOT FOR SERVICE OF PAPERS |

September 10, 2019

(Via PACER)

Hon. Margo K. Brodie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

   Re: *Massachusetts Mutual Life Insurance Company v. Brezel et al.*
     **Case No.: 1:19-cv-01475-MKB-VMS**

Dear Judge Brodie:

  In accordance with Your Honor's directive, the parties have conferred regarding a briefing schedule for the Defendants' motions to dismiss and hereby submit the following proposed schedule:

  Defendants shall file their respective motions to dismiss by September 27, 2019; Plaintiff shall file its opposition papers to the motions by November 8, 2019; and Defendants shall file their respective reply papers by December 6, 2019.

  We thank the court for its courtesy and attention to this matter.

         Respectfully,

         NEIMAN & MAIRANZ P.C.

         Marvin Neiman

MN:kl

  cc: Andrew P. Fishkin, Esq. (Via PACER)
     Samuel Karpel, Esq. (Via PACER)
     Jason J. Rebhun, Esq. (Via PACER)