# Fishkin Lucks

Andrew P. Fishkin, Esq.
afishkin@fishkinlucks.com

November 8, 2019

**via email (with encls.) and ECF (without encls.)**
Marvin Neiman, Esq.
NEIMAN & MAIRANZ, P.C.
39 Broadway, 25th Floor
New York, New York 10006
mneiman@ngmpc.com

Samuel Karpel, Esq.
ZILBERBERG EINHORN KARPEL, P.C.
4405 17th Avenue
Brooklyn, New York 11204
skarpel@amalgamail.com

Jason J. Rebhun, Esq.
LAW OFFICES OF JASON J. REBHUN, P.C.
225 Broadway, 38th Floor
New York, New York 10007
jason@jasonrebhun.com

   Re: *Massachusetts Mutual Life Insurance Company v. Samuel Brezel, et al.*
      **Case No. 19-cv-01475-MKB-VMS**

Dear Counsel:

As you are aware, this firm represents plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") in the above-referenced action. Enclosed please find the following:

 i. Plaintiff's memorandum of law in opposition to defendant Samuel Brezel's partial motion to dismiss and defendant Rachel Brezel's motion to dismiss; and

 ii. Plaintiff's memorandum of law in opposition to defendant Seerojini Ramjit's partial motion to dismiss.

Pursuant to Rule 3(D) of District Judge Margo K. Brodie's Individual Practices and Rules, a copy of this cover letter will be electronically filed with the Clerk of Court via ECF.

Very truly yours,

s/ *Andrew P. Fishkin*
Andrew P. Fishkin

Encls.
cc: Alexander B. Feinberg, Esq.